## Commonwealth *v.* Dickel, Appellant.

Submitted September 23, 1970. *Thomas E. Harting*, for appellant; *Henry J.*

*Rutherford,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.